IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KENNETH BLANKENSHIP,

    *Plaintiff,*

v.

NANCY A. BERRYHILL,
Acting Commissioner of the Social Security
Administration,

    *Defendant.*

Civil No. 1:17-cv-1359

Hon. Liam O'Grady

## ORDER

This matter is presently before the Court on the Report and Recommendation (R&R) issued by Magistrate Judge Michael S. Nachmanoff on August 31, 2018 (Dkt. 16). The time permitted for objections has passed and no objections have been filed.

After a review of the record and for the reasons set forth in the Report and Recommendation, the Court finds that the final decision of the Commissioner should be affirmed. It is therefore

**ORDERED** that the Plaintiff's Motion for Summary Judgment (Dkt. 10) is **DENIED**. It is further

**ORDERED** that the Defendant's Cross Motion for Summary Judgment (Dkt. 12) is **GRANTED**. The clerk is directed to enter judgment in favor of Defendant pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED**.

September 24, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge